GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: jillian.besancon@usdoj.gov
RYAN POWELL
Arizona State Bar No. 025695
Email: ryan.powell@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-22-08092-PCT-SMB |
|---|---|
| Plaintiff, | |
| v. | **SUPPLEMENT TO NOTICE REGARDING PRO SE DEFENDANTS' JAIL COMMUNICATIONS** |
| Samuel Rappylee Bateman, et al., | |
| Defendant. | |

On July 19, 2023, the United States filed a Notice Regarding Pro Se Defendants' Jail Communications. (Doc. 229.) In the Notice, the United States advised the Court and the defendants it may continue to obtain the jail communications of pro se defendants, voluntarily segregate those communications, and allow review of those communications only by AUSAs and investigators not on the trial team (the "review team"), absent Court approval for the trial team to review certain communications.[1] (Doc. 229 at 12-13.) That

---

[1] The review process is distinct from a "filter" process used to ensure the prosecution team does not receive privileged information. The United States has also implemented a filter team to screen certain jail communications—for all defendants—for attorney-client and work-product privileged information.

review process is now underway for pro se communications by defendant Josephine Barlow Bistline, who began representing herself on June 14, 2023; and defendant Leilani Barlow, who was self-represented only on May 30 and, for review purposes, May 31, 2023. The review process would also apply to defendant LaDell Bistline, Jr., who began representing himself on November 13, 2023, and to any other defendant who represents themselves prospectively.

The United States files this supplement to its Notice to inform the Court and the defendants of modifications to this process to allow eventual disclosure of pro se communications obtained by the United States to the prosecution team and other defendants.

Specifically, pro se communications obtained by the United States will be disclosed initially by the review team only to the defendant who made the communications. This excludes communications provided to the trial team with Court approval (which will also be provided to the other defendants). If the defendant believes any communication contains legally privileged content or legal strategy and should not be disseminated to the prosecution team and other defendants, the defendant must notify the review AUSA within 45 days of disclosure. The defendant must inform the review AUSA, with specificity, which communication is at issue and why the defendant objects to its dissemination.

If the defendant does not object within the 45-day window, the review team will provide the materials to the prosecution team, which will in turn review the communications and provide them to the remaining defendants. If the defendant objects to dissemination of any communication, the review team will evaluate the communication and seek a Court ruling if there is disagreement whether the communication may properly be disclosed to the prosecution team and other defendants.

This modified process recognizes that it is appropriate to initially segregate pro se communications from the prosecution team and limit dissemination to other defendants for the reason identified in the United States' original Notice: they potentially may contain a pro se defendant's (non-privileged) legal strategy that should be protected. But absent an

assertion from the pro se defendant that a communication is actually legally protected from disclosure to others, the communications should ultimately be disclosed to the other defendants because they may contain exculpatory or other discoverable information.

Any jail communications obtained by the United States for represented defendants have been and will continue to be disclosed to all eleven defendants.

Respectfully submitted this 16th day of November, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Dimitra H. Sampson*
DIMITRA H. SAMPSON
JILLIAN BESANCON
RYAN POWELL
Assistant U.S. Attorneys

# **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Myles Schneider
*Attorney for Defendant (1) Samuel Rappylee Bateman*

Cindy Castillo
Jose Antonio Saldivar
*Attorneys for Defendant (2) Naomi Bistline*

Sandra Kay Hamilton
*Attorney for Defendant (3) Donnae Barlow*

D Stephen Wallin
*Attorney for Defendant (4) Moretta Rose Johnson*

Mark Jeffrey Andersen
*Advisory Attorney for Pro Se Defendant (5) Josephine Barlow Bistline*

Jacob Faussette
*Advisory Attorney for Pro Se Defendant (6) LaDell Jay Bistline, Jr.*

Gillmore Birch Bernard
*Attorney for Defendant (7)* Brenda Barlow

Jocquese Lamount Blackwell
*Attorney for Defendant (8) Marona Johnson*

Loyd C. Tate
*Attorney for Defendant (9) Leia Bistline*

Kathy L. Henry
*Attorney for Defendant (10) Torrance Bistline*

Carlos Anthony Brown
*Attorney for Defendant (11) Leilani Barlow*

| | |
|---|---|
| 1 | I further certify that participants in this case are not registered CM/ECF users. I |
| 2 | have mailed the foregoing document by regular First-Class Mail, postage prepaid, for |
| 3 | delivery, to the following non-CM/ECF participants: |
| 4 | |
| 5 | Josephine Barlow Bistline<br>Reg. No. 51598-510 |
| 6 | Florence-AZ-Florence-CAFCC |
| 7 | Central Arizona Florence Correctional Complex<br>P.O. Box 6300 |
| 8 | Florence, Az 85132 |
| 9 | *Pro Se Defendant (5)* |
| 10 | LaDell Jay Bistline, Jr. |
| 11 | Reg. No. 60788-510<br>Florence-AZ-Florence-CAFCC |
| 12 | Central Arizona Florence Correctional Complex<br>P.O. Box 6300 |
| 13 | Florence, Az 85132 |
| 14 | *Pro Se Defendant (6)* |
| 15 | *s/ Stephanie Ludwig*<br>U.S. Attorney's Office |